# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| PHILLIP A. WARREN,<br><br>Petitioner.<br>v.<br><br>UNITED STATES OF AMERICA<br>Respondent. | Criminal No.: 1:12-CR-286-BLW<br>Civil No.: 1:14-CR-230-BLW<br><br>NOTICE OF FILING AND ORDER SETTING BRIEFING SCHEDULE REGARDING MOTION PURSUANT TO 28 U.S.C. § 2255 |

Pursuant to Rule 3(b), Rules Governing Section 2255 Proceedings in the United States District Court, NOTICE IT IS HEREBY GIVEN that the above-named petitioner has filed a motion pursuant 28 U.S.C. § 2255.

Pursuant to Rule 4(b), Rules Governing Section 2255 Proceedings, and after initial review of the motion it is found that responsive briefing to the allegations of the petitioner would aid the Court in resolving the pending motion. **The United States shall file a written response to the petitioner's motion within thirty (30) days from the date of this scheduling order. The petitioner shall have fourteen (14) days thereafter to file any reply brief.**

Upon receipt of the briefing, the matter will be reviewed by to the Court. The Court will decide whether additional proceedings are necessary, and if so, the Court will notify the parties to request further briefing and/or set the matter for hearing.

SO ORDERED.

DATED: **June 12, 2014**

B. LYNN WINMILL
Chief Judge
United States District Court