IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| PHILLIP ALLEN WARREN | |
|---|---|
| Plaintiff, | Case No. 1:14-CV-230-BLW |
| v. | **ORDER** |
| UNITED STATES OF AMERICA | |
| Defendant. | |

Finding good cause therefore,

NOW THEREFORE IT IS HEREBY ORDERED, that the motion for order concerning attorney client privilege (docket no. 3) be GRANTED.

IT IS FURTHER ORDERED, that the Court declares a limited waiver of the attorney-client privilege so that (1) attorney Andrew Parnes may respond to material inquiries of the Assistant United States Attorney regarding the Petitioners allegations of ineffective assistance of counsel; 2) attorney Andrew Parnes shall produce any interview notes, documents, letters, or witness statements that are material to the issues raised by the Petitioner; and 3) attorney Andrew Parnes shall produce an affidavit addressing his knowledge regarding any material issue raised by the Petitioner in his 2255 Petition, and that said affidavit be delivered to the Government within forty-five (45) days of this Order.

IT IS FURTHER ORDERED, that the Government shall serve a copy of this Order on attorney Andrew Parnes.

IT IS FURTHER ORDERED, that the Clerk shall mail a copy of this Order to the plaintiff.



DATED: July 17, 2014

B. Lynn Winmill
Chief Judge
United States District Court